# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| LIGHTING SOLUTIONS GROUP, LLC, et al. | : |
| | : CASE NO. 2:23-CV-02082 |
| Plaintiffs, | : |
| | : JUDGE WATSON |
| v. | : |
| | : MAGISTRATE JUDGE JOLSON |
| RL SWEARER CO., INC., et al., | : |
| | : |
| Defendants. | : |

## STIPULATED EXTENSION OF TIME

Pursuant to Local Rule 6.1, and by agreement of counsel for Plaintiffs and counsel for Defendants Megan Novak, Kurt Bowerize, and Jon Murdock, these Defendants shall have an additional 21 days to move or otherwise respond to Plaintiffs' Amended Complaint. Accordingly, these Defendants shall serve their motion or other responsive pleading by no later than June 25, 2024. No prior extension of the response date has been requested or granted.

| | |
|---|---|
| /s/ Eliot R. Good (per authorization) | /s/ Kevin L. Murch |
| Eliott R. Good, Trial Attorney (0025635)) | Kevin L. Murch, Trial Attorney (0066833) |
| Shelby J. Nathans (0096248) | Angela Alexander Savino (0040660) |
| GOOD LAW CO., LPA | Jason T. Whitehead, II (0099161) |
| 2808 Fair Avenue | PEREZ & MORRIS LLC |
| Columbus, Ohio 43209 | 445 Hutchinson Avenue, Suite 600 |
| ergood@chorgood.com | Columbus, Ohio 43235 |
| sjnathans@chorgood.com | kmurch@perez-morris.com |
| P: (614) 208-8903 | asavino@perez-morris.com |
| F: (614) 413-3945 | jwhitehead@perez-morris.com |
| | P: (614) 431-1500 |
| *Attorneys for Plaintiffs* | F: (614)-431-3885 |
| | |
| | *Attorneys for Defendants Megan Novak, Kurt Bowerize, and Jon Murdock* |

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 4, 2024, a copy of the foregoing was served on all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                        */s/ Kevin L. Murch*
                        Kevin L. Murch